1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5    JANET DIAZ-MARTIN,              )
                                     )
6              Plaintiff,            )
                                     )        NO.  CV-07-0063-AMJ
7         vs.                        )
                                     )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,              )        **CIVIL CASE**
     Commissioner of Social Security,)
9                                    )
               Defendant.            )
10                                   )
     _____)
11

12       **STIPULATION BY THE PARTIES:**

13           The parties have stipulated to the remand of the captioned matter pursuant to

14   sentence four of 42 U.S.C. § 405(g).

15       **IT IS ORDERED AND ADJUDGED** that:

16           The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19           DATED this 30th day of August, 2007.

20                                        JAMES R. LARSEN
                                          District Court Executive/Clerk
21

22

23                                        by: s/Pamela A. Howard
                                              Deputy Clerk
24

25

26   cc: all counsel